# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Filer's Name: | Carlos F. Negrete | Atty Name (if applicable): | Carlos F. Negrete |
| Street Address: | 27442 Calle Arroyo San Juan Capistrano, CA 92675 | CA Bar No. (if applicable): | 134658 |
| Filer's Telephone No.: | 9494938115 | Atty Fax No. (if applicable): | 9494938170 |

| | |
|---|---|
| In re:<br><br>Robert A. Van Etten<br>Theresa Van Etten | Case No. 8:14-bk-12687-CB<br>Chapter 7 |

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $30.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?    Yes ☐    No ☒

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A ☐    B ☒    C ☒    D ☐    E ☐    F ☐    G ☐    H ☐    I ☐    J ☐

Statement of Social Security Number(s) ☐            Statement of Financial Affairs ☐

Statement of Intention ☐                              Other ☐

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, **Robert A. Van Etten and Theresa Van Etten**, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: June 20, 2014

/s/ Robert A. Van Etten
Robert A. Van Etten
*Debtor Signature*

/s/ Theresa Van Etten
Theresa Van Etten
*Co-Debtor Signature*

**FOR COURT USE ONLY**

***SEE REVERSE SIDE***

B-1008 *Revised November 2011*

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

DATED:  June 20, 2014

Sarah Crouse
Print or Type Name

/s/ Sarah Crouse
Signature

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Central District of California

In re  Robert A. Van Etten,
       Theresa Van Etten

Case No. 8:14-bk-12687-CB

Debtors

Chapter  7

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 875,000.00 | | |
| B - Personal Property | Yes | 4 | 451,799.13 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 732,965.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | 125,353.48 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 5 | | | 5,600.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 7,694.00 |
| Total Number of Sheets of ALL Schedules | | 22 | | | |
| Total Assets | | | 1,326,799.13 | | |
| Total Liabilities | | | | 858,318.48 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Central District of California

In re   Robert A. Van Etten,
        Theresa Van Etten
                                                                    Debtors,

Case No. 8:14-bk-12687-CB

Chapter 7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
| --- | --- |
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
| --- | --- |
| Average Income (from Schedule I, Line 12) | 5,600.00 |
| Average Expenses (from Schedule J, Line 22) | 7,694.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 6,650.41 |

**State the following:**

| | | |
| --- | --- | --- |
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 125,353.48 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 125,353.48 |

B6B (Official Form 6B) (12/07)

| In re | Robert A. Van Etten, | Case No. 8:14-bk-12687-CB |
|---|---|---|
| | Theresa Van Etten | |
| | Debtors | |

## SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Debtor's Wells Fargo Checking Account (9127)** | H | 121.25 |
| | | | **Bank of America Checking Account (1955)**<br>**This is Debtors' Daughter's Account**<br>**Joint Debtor is on the account and has been since daughter was a minor** | C | 0.00 |
| | | | **Bank or America Savings Account (0147)**<br>**This is Debtors' Daughter's Account**<br>**Joint Debtor is on the account and has been since daughter was a minor**<br>**Not Estate Property** | C | 0.00 |
| | | | **Joint Debtor's Orange County Credit Union Checking Account (1838)** | C | 377.75 |
| | | | **Debtor's Orange County Credit Union Checking Account** | C | 7.39 |
| | | | **Joint Debtor's Bank of America Checking Account (6403)** | C | 0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Household goods and furnishings** | C | 3,000.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Wearing Apparel** | C | 1,000.00 |
| 7. | Furs and jewelry. | | **Jewelry** | C | 2,000.00 |
| | | | | Sub-Total > (Total of this page) | 6,506.39 |

__3__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

| In re | Robert A. Van Etten, Theresa Van Etten | Case No. 8:14-bk-12687-CB |
|---|---|---|
| | Debtors | |

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Debtor's Term Life Insurance No Cash Value | C | 0.00 |
| | | Joint Debtor's Term Life Insurance No Cash Value | C | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Joint Debtors Ameritrade IRA (6764) | C | 23,855.31 |
| | | Joint Debtor's Etrade IRA (8384) | C | 3,998.28 |
| | | Debtor's Oppenheimer 401K (3289) Not Estate Property - Notice Only | C | 218,278.00 |
| | | Joint Debtor's Oppenheimer 401K (9592) Not Estate Property - Notice Only | C | 172,498.00 |
| | | Debtor's Wells Fargo SEP IRA (4164) | C | 11,440.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Joint Debtor Etrade - Brokerage Account (2141) | J | 100.00 |
| | | Joint Debtor's Ameritrade Brokerage Account (1406) | C | 125.00 |
| | | Debtors' interest in Seabreeze Marketing, Inc. Value based on business bank account | C | 443.65 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

Sub-Total >    430,738.24
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Robert A. Van Etten,**
        **Theresa Van Etten**
                                          Debtors

Case No. __8:14-bk-12687-CB__

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 Volvo XC90 (100,000 miles)**<br>**Market value based on fair kbb** | J | 5,037.00 |
| | | **2003 Honda Civic SI (128,000 Miles)**<br>**Debtor and Son (50%)** | J | 1,337.50 |
| | | **Market value vased on fair kbb** | | |
| | | | Sub-Total ><br>(Total of this page) | 6,374.50 |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Robert A. Van Etten,**
       **Theresa Van Etten**

Case No. __8:14-bk-12687-CB__

Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 2004 Honda Element (120,000 miles) Market value based on fair kbb | J | 3,475.00 |
| | | 2006 Civic Hybrid (100,000 miles) Market value based on fair kbb | C | 3,950.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Seabreeze Marketing Office Equipment and supplies | C | 755.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Sub-Total >    **8,180.00**
(Total of this page)
Total >    **451,799.13**

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

B6C (Official Form 6C) (4/13)

In re  **Robert A. Van Etten,**
       **Theresa Van Etten**

Case No. __8:14-bk-12687-CB__

Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| 19 Flintridge Ave | C.C.P. § 704.730 | 100,000.00 | 875,000.00 |
| Ladera Ranch, CA 92694 | | | |
| Market Value based on Appraisal | | | |
| Cost of Sale Analysis | | | |
| $ 875,000.00  FMV | | | |
| $- 621,290.00  1st Mortgage | | | |
| $- 111,675.00  2nd Mortgage | | | |
| $-  61,250.00  Trustee's Commission | | | |
| $-  52,500.00  Cost of Sale (6%) | | | |
| $  28,285.00  Net Equity | | | |
| $- 100,000.00  Exemption | | | |
| $-  71,715.00  Equity After Sale | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Debtor's Wells Fargo Checking Account (9127) | C.C.P. § 704.070 | 121.65 | 121.25 |
| Joint Debtor's Orange County Credit Union Checking Account (1838) | C.C.P. § 704.070 | 377.75 | 377.75 |
| Debtor's Orange County Credit Union Checking Account | C.C.P. § 704.070 | 7.39 | 7.39 |
| **Household Goods and Furnishings** | | | |
| Household goods and furnishings | C.C.P. § 704.020 | 3,000.00 | 3,000.00 |
| **Wearing Apparel** | | | |
| Wearing Apparel | C.C.P. § 704.020 | 1,000.00 | 1,000.00 |
| **Furs and Jewelry** | | | |
| Jewelry | C.C.P. § 704.040 | 2,000.00 | 2,000.00 |
| **Interests in Insurance Policies** | | | |
| Debtor's Term Life Insurance | C.C.P. § 704.100 | 0.00 | 0.00 |
| No Cash Value | | | |
| Joint Debtor's Term Life Insurance | C.C.P. § 704.100 | 0.00 | 0.00 |
| No Cash Value | | | |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Joint Debtors Ameritrade IRA (6764) | C.C.P. § 704.115(a)(1) & (2), (b) | 23,855.31 | 23,855.31 |
| Joint Debtor's Etrade IRA (8384) | C.C.P. § 704.115(a)(1) & (2), (b) | 3,998.28 | 3,998.28 |
| Debtor's Oppenheimer 401K (3289) | C.C.P. § 704.115(a)(1) & (2), (b) | 218,278.00 | 218,278.00 |
| Not Estate Property - Notice Only | | | |

__1__ continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/13) -- Cont.

In re   Robert A. Van Etten,    Case No. __8:14-bk-12687-CB__
        Theresa Van Etten
                                                    Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Joint Debtor's Oppenheimer 401K (9592) Not Estate Property - Notice Only | C.C.P. § 704.115(a)(1) & (2), (b) | 172,498.00 | 172,498.00 |
| Debtor's Wells Fargo SEP IRA (4164) | C.C.P. §§ 704.115(a)(3), (b), (e) | 11,440.00 | 11,440.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** 2004 Volvo XC90 (100,000 miles) Market value based on fair kbb | C.C.P. § 704.010 | 2,900.00 | 5,037.00 |
| **Office Equipment, Furnishings and Supplies** Seabreeze Marketing Office Equipment and supplies | C.C.P. § 704.060 | 755.00 | 755.00 |
| | Total: | 540,231.38 | 1,317,367.98 |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy