## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Filer's Name: | Carlos F. Negrete | Atty Name (if applicable): Carlos F. Negrete |
| Street Address: | 27442 Calle Arroyo San Juan Capistrano, CA 92675 | CA Bar No. (if applicable): 134658 |
| Filer's Telephone No.: 9494938115 | | Atty Fax No. (if applicable): 9494938170 |

| | |
|---|---|
| In re:<br><br>Robert A. Van Etten<br>Theresa Van Etten | Case No. 8:14-bk-12687-CB<br>Chapter 7 |

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $30.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?        Yes ☐        No ☒

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A ☐        B ☐        C ☒        D ☐        E ☐        F ☐        G ☐        H ☐        I ☐        J ☐

Statement of Social Security Number(s) ☐                Statement of Financial Affairs ☐

Statement of Intention ☐                Other ☐

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, **Robert A. Van Etten and Theresa Van Etten,** the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: _June 23, 2014_

/s/ Robert A. Van Etten
Robert A. Van Etten
*Debtor Signature*

/s/ Theresa Van Etten
Theresa Van Etten
*Co-Debtor Signature*

**\*\*FOR COURT USE ONLY\*\***

**\*\*SEE REVERSE SIDE\*\***

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

DATED:  __June 23, 2014_____     **Sarah Crouse**_____
                                               Print or Type Name

                                               **/s/ Sarah Crouse**_____
                                               *Signature*

B6C (Official Form 6C) (4/13)

In re   **Robert A. Van Etten,**
        **Theresa Van Etten**

Case No.   **8:14-bk-12687-CB**

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
☒ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
| --- | --- | --- | --- |
| **Real Property**<br>**19 Flintridge Ave**<br>**Ladera Ranch, CA 92694**<br>**Market Value based on Appraisal** | C.C.P. § 704.730 | 100,000.00 | 875,000.00 |
| **Cost of Sale Analysis**<br>$ 875,000.00    **FMV**<br>$- 621,290.00    **1st Mortgage**<br>$- 111,675.00    **2nd Mortgage**<br>$- 61,250.00    **Trustee's Commission**<br>$- 52,500.00    **Cost of Sale (6%)** | | | |
| $ 28,285.00    **Net Equity**<br>$- 100,000.00    **Exemption** | | | |
| $- 71,715.00    **Equity After Sale** | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit**<br>Debtor's Wells Fargo Checking Account (9127) | C.C.P. § 704.070 | 121.65 | 121.25 |
| Joint Debtor's Orange County Credit Union Checking Account (1838) | C.C.P. § 704.070 | 377.75 | 377.75 |
| Debtor's Orange County Credit Union Checking Account | C.C.P. § 704.070 | 7.39 | 7.39 |
| **Household Goods and Furnishings**<br>Household goods and furnishings | C.C.P. § 704.020 | 3,000.00 | 3,000.00 |
| **Wearing Apparel**<br>Wearing Apparel | C.C.P. § 704.020 | 1,000.00 | 1,000.00 |
| **Furs and Jewelry**<br>Jewelry | C.C.P. § 704.040 | 2,000.00 | 2,000.00 |
| **Interests in Insurance Policies**<br>Debtor's Term Life Insurance<br>No Cash Value | C.C.P. § 704.100 | 0.00 | 0.00 |
| Joint Debtor's Term Life Insurance<br>No Cash Value | C.C.P. § 704.100 | 0.00 | 0.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans**<br>Joint Debtors Ameritrade IRA (6764) | C.C.P. § 704.115(a)(1) & (2), (b) | 23,855.31 | 23,855.31 |
| Joint Debtor's Etrade IRA (8384) | C.C.P. § 704.115(a)(1) & (2), (b) | 3,998.28 | 3,998.28 |
| Debtor's Oppenheimer 401K (3289)<br>Not Estate Property - Notice Only | C.C.P. § 704.115(a)(1) & (2), (b) | 218,278.00 | 218,278.00 |

___1___  continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/13) -- Cont.

In re   **Robert A. Van Etten,**                                    Case No.   **8:14-bk-12687-CB**
        **Theresa Van Etten,**

                                    Debtors
# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Joint Debtor's Oppenheimer 401K (9592) Not Estate Property - Notice Only** | C.C.P. § 704.115(a)(1) & (2), (b) | 172,498.00 | 172,498.00 |
| **Debtor's Wells Fargo SEP IRA (4164)** | C.C.P. §§ 704.115(a)(3), (b), (e) | 11,440.00 | 11,440.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** **2006 Civic Hybrid (100,000 miles) Market value based on fair kbb** | C.C.P. § 704.010 | 2,900.00 | 3,950.00 |
| **Office Equipment, Furnishings and Supplies** **Seabreeze Marketing Office Equipment and supplies** | C.C.P. § 704.060 | 755.00 | 755.00 |
| | Total: | 540,231.38 | 1,316,280.98 |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy